UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60449-LEIBOWITZ

GEORGE SARLAS,

Plaintiff,

v.

ATMOS NATION LLC,

Defendant.
____________________________________/

**PLAINTIFF'S MOTION FOR LEAVE TO ISSUE NOTICES TO APPEAR TO THIRD PARTIES IN SUPPLEMENTARY PROCEEDINGS**

Plaintiff, George Sarlas ("Plaintiff"), pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Section 56.29, Florida Statutes, respectfully moves this Court to issue Notices to Appear directed to Jacob Gitman, Eli Eroch, and Sinai Holdings LLC, and states as follows:

**SUMMARY**

On September 3, 2024, this Court entered a Final Default Judgment in favor of Plaintiff and against Defendant Atmos Nation LLC ("Atmos") in the amount of $1,101,863.82 (the "Judgment"), plus post-judgment interest as prescribed by 28 U.S.C. § 1961(a). The Judgment remains valid and unsatisfied. Plaintiff has initiated proceedings supplementary under section 56.29, Florida Statutes, to identify assets or income streams that may be available to satisfy the Judgment.

Upon information and belief, Jacob Gitman, Eli Eroch, and Sinai Holdings LLC are officers, shareholders, and/or affiliates of Atmos, who have participated in or benefitted from the transfer or concealment of assets of the judgment debtor through related companies, including

entities under their ownership and control that continue to sell substantially the same vaping and other products as Atmos.

Plaintiff has prepared draft Notices to Appear directed to Jacob Gitman, Eli Eroch, and Sinai Holdings LLC which are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C** respectively.

**ARGUMENT**

1. Pursuant to Federal Rule of Civil Procedure 69(a), the procedure on execution and in proceedings supplementary to and in aid of execution must accord with the procedure of the state where the court is located.

2. Because no federal statute governs these proceedings, Florida law, including Florida Statute § 56.29, applies. *See MCI Telecommunications Corp. v. O'Brien*, 913 F. Supp. 1536, 1539 (S.D. Fla. 1995) (applying Florida Statute § 56.29 under Rule 69(a) to enforce a federal judgment).

3. Under section 56.29(2), Florida Statutes, the Court may issue a Notice to Appear compelling any person in possession of property of the judgment debtor, or who may be indebted to the judgment debtor, or who has knowledge of such property or transactions, to appear before the Court and answer concerning the property, assets, and financial affairs of the judgment debtor.

4. The issuance of a Notice to Appear under section 56.29(2) is an appropriate and necessary mechanism to discover assets and effectuate satisfaction of a judgment.

5. Courts routinely grant such motions where the judgment creditor demonstrates that the judgment remains unsatisfied and that third parties may possess or control assets traceable to the judgment debtor.

6. Jacob Gitman is the registered agent for Atmos Nation LLC. Upon investigation, Plaintiff discovered that Mr. Gitman also owns and controls several related entities, including Faster Freight, Inc., Sinai Holdings LLC, VGM International, Inc., Agro-Energy Holding, LLC, Skyway International LLC and Technocon International, Inc. These entities appear to engage in substantially the same line of business as Atmos, and upon information and belief, Mr. Gitman has utilized them to transfer or conceal assets and to commingle funds between his companies to hinder collection of the Judgment.

7. Eli Eroch is a shareholder of Atmos. In addition, Mr. Eroch is also a shareholder of BBMS Investments, LLC, an active entity that operates within the same business sector and appears to be conducting transactions similar to those of Atmos.

8. Upon information and belief, Mr. Eroch also possesses real property within the State of Florida, which may include assets or equity interests traceable to Atmos' operations or proceeds.

9. Sinai Holdings LLC is a member and controlling entity behind Atmos.

WHEREFORE, Plaintiff, George Sarlas, respectfully requests that this Court enter an Order: (1) Authorizing Plaintiff to issue and serve Notices to Appear upon Jacob Gitman, Eli Eroch, and Sinai Holdings LLC as set forth in the draft notices attached hereto as Exhibits A, B and C; (2) Directing said third parties to appear before this Court and respond under oath to inquiries concerning the assets, property, and financial affairs of Atmos Nation LLC; and (3) Granting such other and further relief as this Court deems just and proper.

Dated: November 3, 2025

Respectfully submitted,

**THE LEGAL TEAM, PLLC**
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
(786) 307-2393

/s/ *Karel Suarez*
Karel Suarez
Florida Bar No.: 125744
Email: ksuarez@legalteamservices.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on the counsel listed on the attached Service List by electronic mail.

/s/ *Karel Suarez*
Karel Suarez