# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-60449-LEIBOWITZ

GEORGE SARLAS,

Plaintiff,

v.

ATMOS NATION LLC,

Defendant.
_________________________________/

**NOTICE TO APPEAR**

To: Eli Eroch
1945 E Sierra Ranch DR
Davie, Florida 33324

PLEASE TAKE NOTICE that, pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and Section 56.29, Florida Statutes, you are hereby required to appear before the United States District Court for the Southern District of Florida, for supplementary proceedings in connection with the case No. 0:24-cv-60449-LEIBOWITZ.

You are required to appear in the above-referenced matter and file an affidavit under oath, as provided in Florida Statute § 56.29, with this Court no later than seven (7) business days from the date you received service of this NOTICE TO APPEAR, setting forth any legal and factual defenses to the Judgment Creditor's allegations contained in the Motion and file same with the Court. Any defenses not specifically pled are deemed waived. Any documents in support of any defense, legal or factual, shall be served with the Affidavit of Defense. Any documents not produced with the Affidavit shall not be admissible at any stage of these proceedings or at trial.

You shall state in the affidavit why the following funds in your possession should not be applied to satisfy the Judgment:

1. On March 21, 2024, Plaintiff filed an action against Atmos Nation LLC ("Atmos") for patent infringement of U.S Patent No. 10,779,573 as the Plaintiff is the lawful owner of the Patent.

2. On September 3, 2024, this Court entered a Final Default Judgment in favor of Plaintiff and against Atmos, in the amount of $1,101,863.82, plus post-judgment interest (the "Judgment").

3. Atmos has failed to satisfy this Judgment.

4. As the prevailing party, Plaintiff is entitled to recovery of the amount determinate by the Court.

5. Upon information and believe, you are a shareholder of Atmos.

6. In addition, you are the shareholder of BBMS Investments, LLC.

7. Please enter via an affidavit your responses and defenses you have concerning the application of the $1,101,863.82 Judgement, plus post-judgment interest to any of the companies listed above and to the property registered in your name located at 1945 E Sierra Ranch DR Davie, Florida 33324

8. The affidavit must include a full and complete list of all assets, property, and financial accounts held by or on behalf of Atmos that may be used to satisfy the Judgment debt owed to the Plaintiff in the above-captioned matter.

9. You must file the original affidavit with the clerk of this court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied upon and you choose to oppose the application of that property toward the satisfaction of the Judgment, you must furnish a bond with surety, to be approved by the officer in favor of the judgment creditor. The bond amount must be double the value of the property, as determined by the officer, and conditioned to deliver the property on demand if adjudged to be the property of the judgment debtor. You must also pay any damages to the judgment creditor if the claim was interposed for purposes of delay.

In the event that you fail to respond as directed, the Court may enter a judgment for the relief requested in the Motion and direct levy upon the assets without further notice or hearing.

YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF THE JUDGMENT, YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY TO THE JUDGMENT CREDITOR.

**DONE AND ORDERED** in the Southern District of Florida on this __ day of _______________ 2025.